IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVIN BRANDIS PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:25-cv-33-ECM-JTA |
| ALPHABET INC., | ) | |
| | ) | (WO) |
| Defendant. | ) | |

## **ORDER**

Because Pugh has conveyed a desire to object to the February 10, 2025 Recommendation of the Magistrate Judge (Doc. No. 7), but his purported objection was stricken by the court (*see* Doc. No. 13), for good cause, it is *sua sponte* ORDERED that the deadline for objections is EXTENDED to March 25, 2025.

DONE this 4th day of March, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE